IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | CIVIL ACTION No.   **20 cv 991 (JCH)** |
| *Plaintiff,* | |
| v. | JURY TRIAL DEMANDED |
| YALE UNIVERSITY, YALE HEALTH | |
| *Defendants.* | JULY 15, 2020 |

## NOTICE OF APPEARANCE

TO CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this case as a self-represented party.

Dated: July 15, 2020 in Bridgeport, Connecticut.

>Respectfully submitted,
>/s/ Jakub Madej
>
>Jakub Madej
>LAWSHEET
>415 Boston Post Rd Ste 3-1102
>Milford, CT 06460
>T: (203) 928-8486
>F: (203) 902-0070
>E: j.madej@lawsheet.com
>
>*Counsel for Plaintiff*