United States District Court
District of Connecticut
FILED AT BRIDGEPORT
7-15-2020
Robin D. Tabora, Clerk
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAKUB MADEJ** | CIVIL ACTION No. 20 cv 991 (JCH) |
| *Plaintiff,* | |
| v. | JURY TRIAL DEMANDED |
| YALE UNIVERSITY, YALE HEALTH | |
| *Defendants.* | JULY 15, 2020 |

## MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC FILING
### REQUEST FOR EXPRESS CONSIDERATION

Plaintiff Jakub Madej respectfully requests leave of court to participate in electronic filing via the CM/ECF system in the above-captioned case. As stated in the accompanying affidavit, Jakub Madej was granted leave to file documents electronically in a co-pending case in this District, and complies with all requirements necessary to participate in electronic filing.

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to participate in electronic filing.

Respectfully submitted,
/s/ Jakub Madej

Jakub J. Madej
LAWSHEET
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

All attorneys of record will receive a notice of this filing via the Court's CM/ECF system.

/s/ Jakub Madej