United States District Court
District of Connecticut
FILED AT BRIDGEPORT
7-15-2020
Robin D. Tabora, Clerk
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAKUB MADEJ** | CIVIL ACTION No. **20 cv 991 (JCH)** |
| *Plaintiff,* | |
| v. | JURY TRIAL DEMANDED |
| YALE UNIVERSITY, YALE HEALTH | |
| *Defendants.* | JULY 15, 2020 |

### AFFIDAVIT OF JAKUB MADEJ
<u>IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC FILING</u>

Jakub Madej, being duly sworn, states as follows:

1. I am over the age of eighteen, competent to testify, and the information provided in this affidavit is based on my personal knowledge.
2. I submit this affidavit in support of my motion for leave to participate in electronic filing in the above-captioned matter.
3. On February 4, 2020, I was granted permission to file documents electronically in a co-pending case in this District.
4. I completed this Court's required training class on electronic filing.
5. I comply with all requirements necessary to file documents electronically via the CM/ECF system.
6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Connecticut.

*[signature]*
_____
Affiant

Subscribed and sworn to be before me this 15th day of July, 2020.

_____
Notary Public

Duane M Gray
Notary Public, State of Connecticut
My Commission Expires . 30, 2024

9-30-2024