IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, YALE HEALTH,<br>Defendants. | Civil Action No.<br>3:20cv991 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>AUGUST 3, 2020 |

## AFFIDAVIT OF SERVICE

I, Jakub Madej, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Jakub Madej. I am fully competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I execute this affidavit as proof that the summons and complaint were duly served in this action.

3. Yale University is a Connecticut corporation, and Yale Health is a subsidiary of Yale University. Yale University Office of the General Counsel is authorized to accept service within the meaning of Rule 4(h)(1) of the Federal Rules of Civil Procedure.

4. On August 3, 2020, I served Yale University and Yale Health by delivering true copies of the summons and the complaint to Yale University Office of the General Counsel, located at 2 Whitney Ave, New Haven, CT 06510, via U.S. certified mail, return receipt requested.

5. A proof of delivery, including the recipient's signature, is attached to this affidavit.

I declare under penalty of perjury that the foregoing *Affidavit of Service* is true and correct.

I signed this affidavit on August 3, 2020 in New York, NY.

        Respectfully submitted,

By: /s/ Jakub Madej
    Jakub J. Madej
    LAWSHEET
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com

*Counsel for Plaintiff*


**UNITED STATES POSTAL SERVICE**

August 3, 2020

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: **7016 0340 0001 1643 1687**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 3, 2020, 1:14 pm |
| **Location:** | NEW HAVEN, CT 06510 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

### Shipment Details

**Weight:** 6.0oz

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | M*h 11/0/c*9 Mendills |
| Address of Recipient: | 2 Whitney |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

105   066   06604S **MX-100**

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
Wichita, KS
PERMIT# 431

4069200804-135323994

06604

**RECEIVED**

AUG 07 2020

U.S. DISTRICT COURT
BRIDGEPORT, CT