UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JAKUB MADEJ | : |
| | : |
| PLAINTIFF | : CIVIL ACTION NO. |
| | : 3:20-cv-00991-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, YALE HEALTH | : |
| | : |
| DEFENDANTS | : |
| | : AUGUST 24, 2020 |

## DEFENDANT YALE UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT

The Defendant, Yale University, hereby discloses pursuant to Fed. R. Civ. P. 7.1 that it is

not a stock corporation and no publicly held company owns any shares of the defendant.

THE DEFENDANT,

YALE UNIVERSITY

By:                   /s/
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan