# EXHIBITS

## TO BE DOCKETED SEPARATELY

## Commonly Asked Questions

**What percentage of the undergraduate student population seeks mental health counseling at Yale Health?**

One-half of all undergraduates obtains mental health counseling from Yale Health at some point during their four years at Yale.

**Does Yale Health Basic Coverage (provided as part of my tuition) cover the services of Yale Health's Mental Health & Counseling Department?**

Yes. Every enrolled, full-time Yale student can access the services of Mental Health & Counseling free of charge regardless of his or her insurance plan.

**What if I feel my therapist is not a good match for me?**

You may ask to change therapists.

**Where is Mental Health & Counseling located?**

At Yale Health Center, 55 Lock Street, on the third floor.

✛

Information discussed with a mental health counselor is held in the strictest confidence.



# Student Guide to Mental Health & Counseling

**Yale** HEALTH

www.yalehealth.yale.edu

**Yale** HEALTH

Yale Health
Mental Health & Counseling
55 Lock Street
P.O. Box 208237
New Haven, CT 06520-8237

203 432 0290
Monday through Friday
8:30am – 5:00pm

After hours and on weekends,
emergency care is available
through the Acute Care
Department 203 432 0123

S.H.A.R.E. Center
203 432 2000

www.yalehealth.yale.edu

The future of care is here

call 203 432 0290



## About Mental Health & Counseling

The Mental Health & Counseling Department at Yale Health is committed to providing care for the mental health concerns of undergraduate, graduate and professional school students. There is a diverse staff of mental health professionals including psychiatrists, clinical psychologists and clinical social workers.

⊞ **Every enrolled full-time student is eligible for services, as are those spouses and civil union partners who are Yale Health members.**

There is no cost for these services. Strict standards of confidentiality are always maintained. The offices are located on the third floor of the Yale Health Center.

### THE FIRST VISIT

Appointments for an initial consultation can be made by phone (203 432 0290) or in person, Monday through Friday, 8:30 am – 5:00 pm. Appointment times for the initial visit are generally available within two or three days, and can be set up the same day in urgent situations. During the initial consultation, you can discuss your concerns and treatment options with a mental health professional.

### WHAT COMES NEXT

If you decide to begin a course of treatment, you will be matched with a therapist who will contact you by phone to set up the next appointment.

### EMERGENCY & AFTER HOURS CARE

⊞ **Care is available 24/7 throughout the entire year.**

Mental health professionals are available 24/7 for emergency and urgent situations. Monday through Friday from 8:30 am – 5:00 pm call 203 432 0290 or come into the clinic in person. Evenings after 5 pm, weekends, and holidays call 203 432 0123 or come into Acute Care and ask for the Mental Health & Counseling clinician on call.

## Services

### INDIVIDUAL THERAPY

Individual therapy consists of weekly one-on-one sessions. Each therapy session is usually 45 minutes long. The therapy is on a short-term basis.

### COUPLES THERAPY

Couples therapy is available for student couples provided that both partners are Yale Health members covered under the student plan.

### GROUP THERAPY

Group therapy is an opportunity to meet with four to six other students with a therapist to share and discuss concerns in a confidential, safe environment. Groups meet once a week typically for between six to twelve weeks.

### MEDICATION

Medication is prescribed when appropriate in the context of ongoing treatment.

**Students seek counseling for many different reasons, including:**

| | |
|---|---|
| academic stress | loss and grief |
| adjustment difficulties | obsessions |
| alcohol/drug use | parental divorce |
| anxiety | relationships: |
| body image issues |   family |
| competition concerns |   friends |
| compulsions |   romantic |
| depression |   roommates |
| eating concerns | self-esteem issues |
| family or personal illness | sexual concerns |
| gay/lesbian/bisexual/ | sexual orientation and |
| transgender issues | identity |
| | traumatic experiences |

## Confidentiality

Everything discussed with a mental health clinician is held in strictest confidence and is not communicated to anyone without your permission, except in the rare instance of a life-threatening situation.

## Online Screenings

Yale Health offers free anonymous and confidential online screenings to all Yale students. Available screenings include:

- depression
- anxiety
- eating disorders
- alcohol misuse
- post-traumatic stress disorder

To access the screening, visit *www.yalehealth.yale.edu.*

## S.H.A.R.E. Center

### SEXUAL HARASSMENT & ASSAULT RESPONSE AND EDUCATION

Counselors are available to talk or meet with you 24/7 by calling 203 432 2000. or Acute Care at 203 432 0123.

⊞ **If you are assaulted, you are encouraged to come in for emotional support and medical attention.**

Crisis counseling is available at the time of the event or at any time thereafter. For more information and resources visit *www.yalehealth.yale.edu.*

# call 203 432 0290

# NOTICE

## TO THE EMPLOYEES OF

> Yale University

In accordance with §31-48d of the Connecticut General Statutes, this will serve as notice that this employer may engage in the following types of **Electronic Monitoring** of employees' activities or communications;

- [X] **Telephone**
- [X] **Camera (including hidden cameras)**
- [X] **Computer**
- [X] **Radio**
- [X] **Wire**
- [X] **Electromagnetic**
- [X] **Photoelectronic**
- [X] **Photo-optical**
- [ ] **Other** _____

If you have any questions regarding this notice,

contact | Department of Human Resources
_(Company Representative)_

for additional information.

The Connecticut Department of Labor provides this sample poster as a public service,
Wage & Workplace Standards Division  200 Folly Brook Boulevard  Wethersfield, CT  06109-1114
A copy of § 31-48d ET. Seq. CGS appears on the reverse.

**Sec. 31-48d.   Employers engaged in electronic monitoring required to give prior notice to employees. Exceptions. Civil penalty.** (a) As used in this section:

(1)   "Employer" means any person, firm or corporation, including the state and any political subdivision of the state which has employees;

(2)   "Employee" means any person who performs services for an employer in a business of the employer, if the employer has the right to control and direct the person as to (A) the result to be accomplished by the services, and (B) the details and means by which such result is accomplished; and

(3)   "Electronic monitoring" means the collection of information on an employer's premises concerning employees' activities or communications by any means other than direct observation, including the use of a computer, telephone, wire, radio, camera, electromagnetic, photoelectronic or photo-optical systems, but not including the collection of information (A) for security purposes in common areas of the employer's premises which are held out for use by the public, or (B) which is prohibited under state or federal law.

(b) (1)   Except as provided in subdivision (2) of this subsection, each employer who engages in any type of electronic monitoring shall give prior written notice to all employees who may be affected, informing them of the types of monitoring which may occur. Each employer shall post, in a conspicuous place which is readily available for viewing by its employees, a notice concerning the types of electronic monitoring which the employer may engage in. Such posting shall constitute such prior written notice.

(2)   When (A) an employer has reasonable grounds to believe that employees are engaged in conduct which (i) violates the law, (ii) violates the legal rights of the employer or the employer's employees, or (iii) creates a hostile workplace environment, and (B) electronic monitoring may produce evidence of this misconduct, the employer may conduct monitoring without giving prior written notice.

(c)   The Labor Commissioner may levy a civil penalty against any person that the commissioner finds to be in violation of subsection (b) of this section, after a hearing conducted in accordance with sections 4-176e to 4-184, inclusive. The maximum civil penalty shall be five hundred dollars for the first offense, one thousand dollars for the second offense and three thousand dollars for the third and each subsequent offense.

(d)   The provisions of this section shall not apply to a criminal investigation. Any information obtained in the course of a criminal investigation through the use of electronic monitoring may be used in a disciplinary proceeding against an employee.

(P.A. 98-142.)

Yale University

# COVID-19

COVID-19 cases are occurring in our area. If you are sick, stay home and call your primary care provider, they will get you the care you need. We now offer video and telephone visits.

Visit the COVID-19 information pages for **members** or **students**.

# Yale HEALTH

Home  >  Directory  >  Departments  >  Mental Health & Counseling

# Mental Health & Counseling

## Contact and Hours

**Phone:** 203-432-0290

**Fax:** 203-432-8458

**Hours:** Monday-Friday 8:30 am – 5:00 pm. For urgent concerns after hours, call Acute Care 203-432-0123.

**Location:** 3rd Floor

## Appointment Information

*Following the brutal killing of George Floyd we affirm our commitment to our black community and we stand in solidarity against systemic racism and racial injustice. Yale Mental Health and Counseling is committed to do our part to create an*

*environment that opposes racism and promotes an inclusive environment that is free of hate. We are aware of the real psychological impacts of racism as well as how George Floyd's killing evokes the traumatic history of many similar instances that stain our country's history.*

COVID-19 Student Information (https://yalehealth.yale.edu/covid-19-student-information)

Appointments for an initial consultation can be made by phone or in person during office hours. You will be offered an initial appointment (approximately within a week, longer during the months of September and October).

Following this initial appointment, most students are connected with their therapist within a couple of weeks.

In urgent situations, any student can speak with an on-call clinician 24 hours per day, 365 days a year (daytime through Mental Health & Counseling at 203-432-0290 and after hours through Acute Care 203-432-0123).

All Yale students enrolled at least half time in a Yale degree program are eligible for counseling at Mental Health & Counseling completely free of charge regardless of whether they have waived Yale Health Hospitalization/Specialty Care coverage. Spouses and civil union partners are eligible for services if they are enrolled in the Yale Health plan as a dependent.

## About

Yale Health Mental Health & Counseling provides free, confidential mental health treatment to members of the Yale student community. We offer a wide range of services including indiviual therapy, group therapy, and medication consultations and management.

We have a long history of providing quality treatment to Yale students and understand the challenges facing students today. We partner with you to understand the issues you are facing and to develop a plan for treatment that will help you gain the insight and skills to thrive at Yale.



## Your First Visit

During your first visit will you have the chance to speak to one of our clinicians about your main concerns, your history and your goals for treatment. After discussing your preferences and your treatment options, the two of you will make a plan to begin treatment at Mental Health & Counseling.

## Your Clinician

If you decided to seek individual treatment, you will be matched with a clinician who will call or email you to schedule an appointment.

Our clinicians are clinical psychologists, clinical social workers, and psychiatrists who are skilled in diverse treatment approaches including cognitive behavioral therapy, dialectical behavioral therapy, interpersonal psychotherapy, and psychodynamic therapy.

Mental Health & Counseling primarily offers short-term therapy. Most students come for an average of six to eight visits and this meets the needs of the majority of students. However, there are no specific visit limits, and students are seen based on their individual needs.

If you would like to switch therapists please call 203-432-0290 and leave a message advising that you would like to change to a different therapist. Your

newly assigned therapist will call you directly to schedule your first appointment.

## Group Therapy

If you decided to seek group therapy, our group coordinator will reach out to you to determine your availability and get you started with a group. Most groups meet weekly and last for approximately one semester.

We offer a variety of different groups, read more about our group therapy options here. (/group-therapy)

## Medication Consultations and Management

Our team of psychiatrists are available if medication is part of your treatment. They provide consulations and on-going medication management. This may be in conjunction with individual therapy, group therapy, or on its own.

# Our Staff

## Director



**Paul Hoffman, PhD**

(/directory/clinicians/paul-hoffman-phd)

## Manager



Yale University

# COVID-19

COVID-19 cases are occurring in our area. If you are sick, stay home and call your primary care provider, they will get you the care you need. We now offer video and telephone visits.

Visit the COVID-19 information pages for **members** or **students**.

# Yale HEALTH

Home  >  More  >  Confidentiality at Yale Health

# Confidentiality at Yale Health

Your medical records are strictly confidential, stored in a restricted area and available only to individuals involved in your care and authorized administrative personnel on a need-to-know basis. No one else is authorized to obtain information from your records without your written consent, provided that you are 18 years old or over.

Mental Health records for students (except for those involving inpatient care admissions) are kept in the Mental Health & Counseling Department and filed separately from other medical records. They are available only to appropriate mental health personnel. These records are not released to anyone—including other Yale Health clinicians or administrative personnel—without your permission (Authorization for Release of Mental Health Record

(https://yale.box.com/shared/static/p2skgqki7lyhw0b0ol4nkucqke2mso38.pdf) ).

Information from your medical record and from providers or hospital incidents will not be disclosed without your written consent except for the purposes of providing health care to the patient, administering Yale Health coverage, or as authorized by law

If you are over 18 and wish to give your parents the authorization to speak with your primary care clinician or receive your health information you need to complete and sign the Designation of Patient Spokesperson Form (https://yale.box.com/shared/static/m2a59vvs60c1qslzi9crep3dxtqw0a1a.pdf) provided by the Health Information Management Department and return it to the Health Information Management Department.

Without receipt of this completed form parents or any other persons will not have access to your health information. But keep in mind that if you have alternate (non-Yale Health) hospitalization coverage, bills or explanations of benefits may be sent to your home address where family members could see them.

## Yale Health

55 Lock Street
P.O. BOX 208237
New Haven, CT 06520-8237

**Directions and Parking**

Acute Care 203 432 0123
Member Services 203 432 0246

## Hours

8:30 A.M. to 5:00 P.M.
Unless otherwise noted
**See all hours**
**See all departments**

## Quick Links

**Contact Us**

**Announcements**

**Forms**

**Patient Rights**

**Patient Safety**

**Accessibility at Yale**

**Privacy**

**Accreditation**

**Nondiscrimination Notice**

**Translation Services**

**Sitemap**

Copyright © 2018 Yale University · All rights reserved · Privacy policy

# Yale HEALTH

# Notice of Privacy Practices

**This notice describes how medical information about you may be used and disclosed and how you can get access to this information. Please review it carefully. If you have any questions, please contact our privacy office at the phone number at the bottom of this notice.**

### Our pledge to you:

We understand that medical information about you is personal. We are committed to protecting medical information about you. We create a record of the care and services you receive to provide quality care and to comply with legal requirements. This notice applies to all of the records of your care generated by any of the separate facilities and providers described below. We are required by law to:

- ③ Keep medical information about you private;
- ③ Give you this notice of our legal duties and privacy practices with respect to medical information about you; and
- ③ Follow the terms of the notice that is currently in effect.

## How we may use and disclose medical information about you:

We may use and disclose medical information about you without your prior authorization for treatment, such as sending medical information about you to a specialist as part of a referral (this includes psychiatric or HIV information if needed for purposes of your diagnosis and treatment); to obtain payment for treatment, such as sending billing information to your insurance company or Medicare; and to support our healthcare operations, such as comparing patient data to improve treatment methods or for professional education purposes (Note: only limited psychiatric or HIV information may be disclosed for billing purposes without your authorization). If you are treated in a specialized substance abuse program, your special authorization is required for most disclosures other than emergencies. Other examples of such uses and disclosures include contacting you for appointment reminders and telling you about or recommending possible treatment options, alternatives, health-related benefits or services that

may be of interest to you. We may also contact you to support our fundraising efforts.  It is always your choice to opt out of receiving fundraising communications from us.

We may use or disclose medical information about you without your prior authorization for several other reasons. Subject to certain requirements, we may give our medical information about you, without prior authorization for public health purposes, abuse or neglect reporting, health oversight audits or inspections, medical examiners, funeral arrangements and organ donation, workers' compensation purposes, emergencies, national security and other specialized government functions, and for members of the Armed Forces as required by Military Command authorities. We also disclose medical information when required by law, such as in response to a request from law enforcement in specific circumstances, or in response to valid judicial or administrative orders or other legal process.

Under certain circumstances, we may use and disclose health information about you for research purposes, subject to a special approval process. We may also allow potential researchers to review information that may help them prepare for research, so long as the health information they review does not leave our facility, and so long as they agree to specific privacy protection.  For more information on research and how to opt out of research use of your records see www.yalestudies.org  or 1-877-978-8343.

If admitted as an inpatient, unless you tell us otherwise, we will list in the patient directory your name, location in the hospital, your general condition (good, fair, etc.) and your religious affiliation, and may release all but your religious affiliation to anyone who asks about you by name. Your religious affiliation may be disclosed only to clergy members, even if they do not ask for you by name.

We may disclose medical information about you to a friend or family member whom you designate or in appropriate circumstances, unless you request a restriction. We may also disclose information to disaster relief authorities so that your family can be notified of your location and condition.

Other uses of Medical Information:

In any other situation not covered by this notice, including the use or disclosure of psychotherapy notes, we will ask for your written authorization before using or disclosing medical information about you. If you choose to authorize use or disclosure, you can later revoke that authorization by notifying us in writing of your decision.

CONTINUED ON REVERSE SIDE

**Who will follow this notice?**

Yale Health, Yale New Haven Health System (YNHHS) and Yale School of Medicine (YSM) facilities provide health care to our patients in partnership with other professionals and healthcare organizations. The information privacy practices in this notice will be followed by:

- Any healthcare professional who treats you at any of our locations
- All departments and affiliated covered entities of Yale New Haven Health System, including; Bridgeport Hospital, Greenwich Hospital, Northeast Medical Group, and Yale-New Haven Hospital
- Yale School of Medicine
- The clinical care providers of Yale School of Nursing as well as their affiliates
- All employees, medical staff, affiliates, trainees, students, or volunteers of the entities listed above

While each of these facilities and affiliates operates independently, they may share your health information for coordination of care, treatment, payment, and healthcare operations purposes.

**Right to Be Notified of a Breach:**

We will notify you in the event that the confidentiality of your information has been breached.

**Right to Access and or Amend Your Records:**

In most cases, you have the right to look at or get a copy of medical information that we use to make decisions about your care. All requests for copies or access must be submitted in advance, in writing. If your request for inspection is granted, we will arrange for a convenient time and place for you to look at your record. If you request copies, we may charge a fee for the cost of copying, mailing, or other related supplies. If we deny your request to review or obtain a copy, you may submit a written request for a review of that decision.

If you believe that information in your record is incorrect or that important information is missing, you have the right to request that we correct the records, by submitting a request in writing that provides your reason for requesting the amendment. We could deny your request to amend a record if the information is not maintained by us; or if we determine that your record is accurate. You may submit a written statement of disagreement with a decision by us not to amend a record.

**Right to an Accounting:**

You have the right to request a list accounting for
any disclosures of your health information we have made, as required by law.

To request this list of disclosures, indicate the relevant period which must be after April 14, 2003, but in
no event for more than the last six years. You must submit your request in writing to the Medical Record or Billing Department as appropriate.

**Right to Request Restrictions:**

You may request, in writing, that we not use or disclose medical information about you for treatment, payment or healthcare operations or to persons involved in your care except when specifically authorized by you, when required by law, or in an emergency. We will consider your request and work to accommodate it when possible, but we are not legally required to accept it unless all of the conditions below are met:

- You request that your information is not shared with an insurer for purposes of payment or other purposes unrelated to your treatment;
- You pay all charges associated with the services you received out-of-pocket in full; and
- We are not required by law to release your information to the insurer.

We will inform you of our decision on your request. All written requests or appeals should be submitted to our Privacy Office listed below.

**Requests for Confidential Communications:**

You have the right to request that medical information about you be communicated to you in a confidential manner, such

as sending mail to an address other than your home, by notifying us in writing of the specific way or location for us to use to communicate with you.

**Right to request a paper copy of this Notice:**

You may receive a paper copy of this Notice from us upon request, even if you have agreed to receive this notice electronically.

**Changes to this Notice:**

We may change our policies at any time. Changes will apply to medical information we already hold, as well as new information after the change occurs. Before we make a significant change in our policies, we will change our notice and post the new notice in waiting areas, exam rooms, and on our Web site at yalehealth.yale.edu. You can receive a copy of the current notice at any time. The effective date is listed at the end. Copies of the current notice will be available each time you come to our facility for treatment. You will be asked to acknowledge in writing your receipt of this notice.

**Complaints:**

If you are concerned that your privacy rights may have been violated, or you disagree with a decision we made about access to your records, you may contact our Privacy Office listed below.

If you are not satisfied with our response, you may send a written complaint to the U.S. Department of Health and Human Services Office of Civil Rights. Our Privacy
Office can provide you the address. Under no circumstances will you be penalized or retaliated against for filing a complaint.

**Yale University HIPAA**
**Privacy Office**
203.432.5919
hipaa@yale.edu

Yale HEALTH

Mental Health & Counseling
PO Box 208237
New Haven, CT 06520-8237
Phone: 203-432-0290 Fax: 203-432-8458

## AUTHORIZATION FOR RELEASE OF MENTAL HEALTH RECORD
(Also known as Protected Health Information)

PATIENT NAME _____     Date of Birth _____

Address (Mailing) _____     Phone _____

_____

I authorize Yale Health Department of Mental Health & Counseling to use or disclose information from my mental health record, which may include information about psychiatric diagnosis and treatment and substance abuse issues to:

Name:_____     Phone _____

Address:_____     FAX _____

_____

Dates of Treatment: _____

Information to be released (Please describe) _____

Purpose of Disclosure _____

1. I understand that, unless withdrawn, this authorization will expire 180 days from the date of signature. A photocopy of this form will be considered as valid as the original.
2. I understand that I may revoke this authorization at any time by notifying the Department of Mental Health & Counseling at the address indicated above, in writing, and this authorization will cease to be effective on the date notified except to the extent action has already been taken in reliance upon it.
3. I understand that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer be protected by Federal privacy regulations. However, other state or federal law may prohibit the recipient from disclosing specially protected information, such as substance abuse treatment information and mental health information.
4. I understand that my refusal to sign this Authorization will not jeopardize my right to obtain present or future treatment for psychiatric disabilities except where disclosure of the information is necessary for the treatment.
5. My health care and payment for my health care at Yale Health Center will not be affected if I do not sign this form.
6. I understand that I can request a copy of this form after I sign it.
7. I understand that in compliance with CT general statute, I will pay a fee of $0.65 per page.

By signing below, I acknowledge that I have read and understand this Authorization.

_____ OR _____  _____
Signature of Patient                    Date          Parent/Legal Guardian/Authorized Person      Date

_____
Relationship to Patient

Rev. 1/11

4.  In the event of a major disaster, epidemic, or circumstances not reasonably within the control of Yale Health, Yale Health shall provide services insofar as practical, according to its best judgment, within the limits of its facilities and staff. In this event, Yale Health shall have no liability for delay or failure to provide or arrange for services on account of such events.

5.  Members or applicants for membership shall complete and submit to Yale Health such enrollment forms, medical review questionnaires, or other forms or statements as Yale Health may reasonably request. Members or applicants warrant that the information contained therein shall be true, correct, and complete, and all rights to coverage and services hereunder are subject to that condition.

6.  Yale Health may adopt reasonable policies, procedures, rules, and interpretations to promote the orderly and efficient administration of the policies and coverage plans described in this student handbook.

7.  The Yale Health membership card issued to each member is for identification purposes only and does not in and of itself confer any rights to any of the services described in this student handbook.

8.  The headings of various sections of this student handbook are inserted merely for the purpose of convenience and do not (expressly or implicitly) limit, define, or extend the specific terms of the section so designated.

9.  If it is determined that a student, spouse, civil union partner, or dependent child was ineligible for membership, the student will be billed for all services rendered or claims paid by Yale Health on their behalf, and fees paid will not be refunded.

## *Notice of Privacy Practices (NOPP)*

As part of our compliance with federal regulations, as well as our long-standing commitment to patient confidentiality, Yale Health Center has available for all our patients a Notice of Privacy Practices (NOPP). This notice describes how medical information about you may be used and disclosed and how you can get access to this information. Please review it carefully. If you have any questions, please contact our privacy office in writing or call Member Services (203-432-0246).

### *Who has to abide by these privacy practices*

The Yale Health Center provides health care to our patients in partnership with other professionals and organizations. The following individuals will abide by the privacy practices in this notice:

- Any healthcare professional who treats you at Yale Health Center.

- All members of the Yale Health Center work force, including employees, medical staff, trainees, students, and volunteers.

### *Our pledge to you*

We understand that medical information about you is personal and we are committed to protecting that information. Your medical record is created as part of providing you with quality care, as well as for the purpose of meeting legal requirements. This notice applies to all the records of your care generated or maintained by Yale Health Center. We are required by law to:

- keep medical information about you private;

- give you this notice of our legal duties and privacy practices with respect to medical information about you; and

- follow the terms of the privacy practice notice that is currently in effect.

### *How we may use and disclose your medical information*

We may use and disclose medical information about you without your prior authorization for treatment, such as sending medical information about you to a specialist as part of a referral (this includes psychiatric or HIV information if needed for purposes of your diagnosis and treatment); to obtain payment for treatment, such as sending billing information to your insurance company or Medicare (note: only limited psychiatric or HIV information may be disclosed without your authorization for billing purposes); and to support our healthcare operations (such as comparing patient data to improve treatment methods).

Other examples of such uses and disclosures include: contacting you for appointment reminders, or to inform you about possible treatment options and health-related benefits or services that may be of interest to you.

We may use or disclose medical information about you without your prior authorization for several other reasons. Subject to certain requirements, we may communicate medical information about you, without your prior authorization, for the following: public health purposes; abuse or neglect reporting; health oversight audits or inspections; to fulfill a request from a medical examiner; funeral arrangements and organ donations; workers' compensation claims; emergencies; national security needs and other specialized government functions; and for members of the Armed Forces as required by Military Command authorities. We also disclose medical information when required by law, such as in response to a request from law enforcement in specific circumstances, or in response to valid judicial or administrative orders.

The Inpatient Care Department has procedures which protect patient privacy while allowing for information to be given to those whom the patient designates. Patients are informed of these procedures upon their admission to the Inpatient Care Department.

We may use or disclose information about you without your authorization as part of a "limited data set" which includes limited information (such as your city or a visit date, but not your name or address), but only for certain healthcare operations, public health and research purposes. The recipient of the information must sign a promise to restrict how the limited data set is used.

Under certain circumstances, we may use and disclose health information about you for research purposes, subject to an approval process. We may also allow potential researchers to review information that may help them prepare for research, so long as the information they review does not leave our facility and they agree to specific privacy protections.

We may disclose medical information about you to a friend or family member whom you designate. We may also disclose medical information to a friend or family member if a practitioner determines it is appropriate under the circumstances, unless you inform us otherwise. We may also disclose information to disaster relief authorities so that your family can be notified of your location and condition.

### *Other uses of medical information*

In any other situation not covered by this notice, we will ask for your written authorization before using or disclosing medical information about you. If you choose to authorize use or disclosure, you can later revoke that authorization by writing to:

Manager of Health Information Services / Yale Health Center / 55 Lock Street / Box 208237 / New Haven, CT 06520-8237

### *Your rights regarding your medical record*

In most cases, you have the right to look at or get a copy of medical information that we use to make decisions about your care. To do so, you must submit a written request to the address below. We may charge a fee for the cost of copying, mailing, or related supplies. If we deny your request to review or obtain a copy, you may submit a written request for a review of that decision to:

Manager of Health Information Services / Yale Health Center / 55 Lock Street / Box 208237 / New Haven, CT 06520-8237

If you believe that information in your record is incorrect or incomplete, you have the right to request that we correct the records. Please send a written request to the address below, providing your reason for requesting the amendment. We may deny your request if the information was not created by us; if it is not part of the medical information maintained by us; or if we determine that your record is accurate; or under certain other circumstances. You may submit a written statement of disagreement with a decision by us not to amend a record to:

Manager of Health Information Services / Yale Health Center / 55 Lock Street / Box 208237 / New Haven, CT 06520-8237

### *You have the right to know when your medical information has been released*

You have the right to request a list of disclosures we have made of your health information. The list will not include: (1) disclosures made for treatment, payment, and healthcare operations, as previously described; or (2) disclosures made in circumstances where you have given specific and separate authorization or (3) certain other disclosures in accordance with the law.

Please note that this policy is effective as of April 14, 2003. You must indicate the time period for which you request the list of disclosures, which can be up to six years prior to the date of your request.

51

Disclosure lists will be kept for a rolling period of six years. Requests can be made for any time within that six year period and must be submitted in writing to:

Manager of Health Information Services / Yale Health Center / 55 Lock Street / Box 208237 / New Haven, CT 06520-8237

### *You have the right to request confidential communications*

You have the right to request that medical information about you be communicated to you in a confidential manner, such as sending mail to an address other than your home. You may notify us of how you would like us to communicate with you by writing to:

Member Services Department / Yale Health Center / 55 Lock Street / Box 208237 / New Haven, CT 06520-8237

### *You have the right to request restrictions on the use of your medical information*

You may make a written request to restrict our use or disclosure of medical information about you. You may make the following request: that we not use or disclose information for treatment, payment or healthcare operations or to persons involved in your care except when (1) specifically authorized by you; (2) when we are required by law to disclose the information; or (3) in an emergency. We will consider your request but we are not legally required to accept it. We will inform you of our decision. All written requests or appeals should be submitted to:

Deputy Privacy Officer / Yale Health Center / 55 Lock Street / Box 208237 / New Haven, CT 06520-8237

### *You have the right to request a paper copy of this notice*

You may receive a paper copy of this notice upon request even if you have previously agreed to receive this notice electronically.

### *If we change our policies*

If we change our policies, the changes will apply to medical information we already hold, as well as new information generated after the change occurs. Before we make a significant change in our policies, we will post the notice of the new policies in prominent areas and on our web site at yalehealth.yale.edu. You can receive a copy of the current policy at any time even if you have previously agreed to receive this notice electronically. Copies of the current notice will be available at all times at the facility. The effective date is printed at the end of the notice.

### *To register a complaint*

If you are concerned that your privacy rights may have been violated, or you disagree with a decision we made about access to your records, you may contact our Privacy Office by writing to:

Deputy Privacy Officer / Yale Health Center / 55 Lock Street / Box 208237 / New Haven, CT 06520-8237

You may send a written complaint to the U.S. Department of Health and Human Services Office of Civil Rights. Our Privacy Office can provide you the address.

You will not experience penalties or retaliation for filing a complaint.

## *PATIENT RIGHTS & RESPONSIBILITIES*

The following policies regarding the rights and responsibilities of patients have been adopted by Yale Health.

### *Yale Health will ensure that each patient:*

1.  Is fully informed of these rights and of all rules and regulations governing patient conduct and responsibilities.

2.  Has the right to receive the best care Yale Health can offer for his/her health needs, concerns, illnesses, and injuries.

3.  Is treated with consideration, respect, dignity, and individuality including privacy in treatment and care for his/her needs.

4.  Has the right to expect that his/her personal convictions and beliefs, when expressed, will be considered when seeking and receiving services and when decisions are made by Yale Health clinicians regarding his/her care.

5.  Has the right to agree with or refuse any healthcare service and to be informed of the medical consequences of refusing a service.

6.  Is fully informed, as evidenced by his/her consent, about diagnostic or treatment procedures as appropriate.

7.  Will know the identity and professional status of his/her clinical care team and be able to select his/her own primary care clinician from the panel of Yale Health primary care clinicians to the extent possible.

8.  Has the right to have his/her privacy respected.

9.  Is assured that his/her medical records will be kept confidential and that access to information about his/her health will be limited to those legitimately involved in his/her care, in accordance with Yale Health's Notice of Privacy Practices.

10. Is fully informed, by an authorized clinician, of his/her medical condition unless medically contraindicated (as documented by a clinician in the medical record) and is afforded the opportunity to participate in the planning of medical treatment.

11. Is entitled to receive an appropriate assessment of his/her health and reasonable management of pain.

12. Is assured confidential treatment of his/her personal and medical records and may approve or refuse their release to any individual outside the facility except in the case of his/her transfer to another healthcare institution or as required by law or third party payment contract.

54

13. Has the right to review his/her medical record, except when restricted by law, and to have the information explained or interpreted as necessary.

14. Is fully informed of any clinical research related to his/her condition, and has the right to refuse participation in any clinical research without jeopardizing his/her access to medical care and treatment.

15. Is fully informed of Yale Health resources for resolving disputes, grievances, and conflicts.

16. Is fully informed of services available and related charges including any charges for services not covered by his/her membership in Yale Health, and has the right to request an itemized bill and to have the charges explained.

17. Is entitled to have an advance directive, such as a living will, healthcare proxy, or durable power of attorney for health care, concerning health care decisions, and to have the advance directive honored to the extent permitted by law.

18. Is fully informed of the existence of business relationships between Yale Health and other healthcare providers or commercial entities that might significantly influence his/her treatment and care.

All rights and responsibilities specified in paragraphs numbered 1 through 18 particularly as they pertain to a patient adjudicated incompetent in accordance with state law or a patient who is found, by his/her clinician, to be medically incapable of understanding these rights or a patient who exhibits a communications barrier devolve to and are binding on such patient's guardian, next of kin, sponsoring agency, or representative payee (except when the facility itself is representative payee).

The aforementioned rights are for patients of Yale Health without regard to sex, race, color, religion, age, disability, national or ethnic origin, sexual orientation or gender identity or expression.

### *The responsibilities of patients of Yale Health include:*

*Providing information.* Patients must provide to the best of their knowledge, accurate and complete information about present complaints, past illnesses, hospitalizations, medications, pain, and other matters relating to their health, such as documentation of advance directives or changes to such directives. Patients must report perceived risks in their care and unexpected changes in their health. They can help Yale Health understand their status by providing feedback about service needs and expectations.

*Asking questions.* Patients must ask questions when they do not understand their care, treatment, services, or what they are expected to do.

*Following instructions.* Patients must follow the plan of care developed. They should express any concerns about their ability to follow the proposed care plan or course of care, treatment, and services.

*Accepting consequences.* Patients must recognize the effects of lifestyle choices on their health and take reasonable steps to remain healthy.

*Following rules and regulations.* Patients must follow Yale Health's rules and regulations.