## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JAKUB MADEJ,
    Plaintiff,

v.

YALE UNIVERSITY *et al.*,
    Defendants.

Civil Action No.
3:20-cv-00991 (JCH)

JURY TRIAL DEMANDED

AUGUST 27, 2020

### ATTACHMENT A

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Jakub Madej ("Jakub") attaches the following request to the subpoena directed to Colleen Davis.

### Request No. 1

Produce all documents, communication, and correspondence in your possession or under your control that is related to Plaintiff's mental health information or psychiatric records.

Time scope: January 1, 2018 to August 26, 2020.

Dated:  August 27, 2020

Respectfully submitted,

By: /s/ Jakub Madej
    Jakub J. Madej
    LAWSHEET
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JAKUB MADEJ,
      Plaintiff,

    v.

YALE UNIVERSITY *et al.*,
      Defendants.

Civil Action No.
3:20-cv-00991 (JCH)

JURY TRIAL DEMANDED

AUGUST 27, 2020

## INTERROGATORIES
## DIRECTED TO YALE HEALTH

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Jakub Madej ("Jakub") propounds the following interrogatories to Defendant Yale Health. Responses are to be provided under oath.

### Interrogatory No. 1

Describe where and how you and your employees saved, stored, and accessed all mental health information that belongs to Plaintiff.

### Interrogatory No. 2

Name all individuals that have accessed Plaintiff's mental health information or psychiatric records between January 1, 2020 until August 26, 2020. Explain the basis on which you include these names (how were they recorded, if at all).

Dated:  August 27, 2020

Respectfully submitted,

By: /s/ Jakub Madej
    Jakub J. Madej
    Lawsheet
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JAKUB MADEJ,
      Plaintiff,

v.

YALE UNIVERSITY *et al.*,
      Defendants.

Civil Action No.
3:20-cv-00991 (JCH)

JURY TRIAL DEMANDED

AUGUST 27, 2020

## INTERROGATORIES
## DIRECTED TO YALE UNIVERSITY

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Jakub Madej ("Jakub") propounds the following interrogatories to Defendant Yale University ("Yale"). Responses are to be provided under oath.

### Interrogatory No. 1

Name all individuals, including Yale employees, that have accessed, requested, or obtained Plaintiff's mental health information or psychiatric records between January 1, 2020 until August 26, 2020. Explain the basis on which you include these names (how were they recorded, if at all).

Dated:  August 27, 2020

Respectfully submitted,

By: /s/ Jakub Madej
      Jakub J. Madej
      LAWSHEET
      415 Boston Post Rd Ste 3-1102
      Milford, CT 06460
      T: (203) 928-8486
      F: (203) 902-0070
      E: j.madej@lawsheet.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JAKUB MADEJ,
     Plaintiff,

    v.

YALE UNIVERSITY *et al.*,
     Defendants.

Civil Action No.
3:20-cv-00991 (JCH)

JURY TRIAL DEMANDED

AUGUST 27, 2020

## REQUEST TO PRODUCE DOCUMENTS
## DIRECTED TO PATRICK M. NOONAN

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Jakub Madej ("Jakub") propounds the following request to produce documents on Defendant Patrick M. Noonan.

### Interrogatory No. 1

Produce all documents, communication, and correspondence in your possession or under your control that concerns in any way Plaintiff's mental health information or psychiatric records.

Dated:  August 27, 2020

Respectfully submitted,

By: /s/ Jakub Madej
    Jakub J. Madej
    LAWSHEET
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut ☑

| | | |
|---|---|---|
| Jakub Madej | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:20-cv-991 (JCH) |
| | ) | |
| Yale University et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                  Colleen Davis

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| 155 Temple St, New Haven, CT 06510 | 09/25/2020 2:00 pm |

The deposition will be recorded by this method:   Video, stenography

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

               *CLERK OF COURT*

                                         OR

_____          _____
    *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

Jakub J. Madej 415 Boston Post Rd Ste 3-1102 Milford CT 06460 T: (203) 928-8486 E: j.madej@lawsheet.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).