IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY *et al.*,<br>    Defendants. | Civil Action No.<br>3:20-cv-00991 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>AUGUST 28, 2020 |

### [PROPOSED] PROTECTIVE ORDER

Plaintiff Jakub Madej seeks a protective order to prevent the Defendants from destroying evidence of unauthorized access to student confidential psychiatric information before Plaintiff can fully inspect Defendant's conduct in discovery. Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff proposes that the following provisions shall govern the protective order:

1. This Order prevents all Defendants and any other person or entity acting in concert with any of the Defendants from destroying any evidence at issue in this lawsuit, including personal messages, emails, accounts on any online platforms, either by deleting the data or conducting any operation that would disturb that data, before Plaintiff can inspect the scope of Defendants' conduct in discovery.

2. This Order shall remain in full force and effect (1) until Plaintiff's inspection is completed and reports to the Court that the Protective Order is no longer necessary; (2) such time it is modified, amended or rescinded by the Court; or

(3) until such time as the parties may petition the Court to modify or amend its terms.

Until further Order of this Court, Defendants Yale University and Yale Health are to maintain all forms of electronic information in their possession, custody or control, and are not to modify, destroy, delete, or alter any such information in any way whatsoever. This Order pertains to magnetic and optical media in the possession, custody or control of the Defendants, as well as all cloud-based information or email accounts used by Defendants. Furthermore, Defendants are not to modify, destroy, delete or alter in any way any back-ups of any electronic media in their possession, custody, or control.

This order is being issued on _____ \_\_\_\_, 2020, at \_\_\_ am/pm.

_____
United States District Judge