PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL

09/03/2020
US POSTAGE $007.75
ZIP 67203
011D10661048

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

FROM:

BC a\5

24862   1

Jakub Madej
415 Boston Post Rd Ste 3-1102
Milford CT 06460

RECEIVED
SEP 08 2020
U.S. DISTRICT COURT
BRIDGEPORT, CT

CLERK OF COURT
ATTN: DOCKET IN 3:20-CV-991 (JCH)
U.S.D.C., D. CONN.
ATTACHMENT TO: PLAINTIFF'S MOTION FOR PROT
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706



UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9022 0078 9100 2930 54

Label 400 Jan. 2013
7690-16-000-7948

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

X-RAY SCREEN COMPLETED

UNITED STATES POSTAL SERVICE®
PRIORITY MAIL®

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.