UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ : | |
| : | CIVIL ACTION NO. |
| PLAINTIFF : | 3:20-cv-00991-JCH |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY, YALE HEALTH : | |
| : | |
| DEFENDANTS : | |
| : | SEPTEMBER 15, 2020 |

## AFFIDAVIT OF PATRICK M. NOONAN, ESQUIRE

I, Patrick M. Noonan, being duly sworn, depose and say that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I make this affidavit of my own personal knowledge.

3. I am a partner at the law firm of Donahue, Durham & Noonan, P.C. and represent the defendants in the above-captioned matter.

4. I also represent the defendants in Madej v. Yale University, 3:20-cv-00133, an action brought by Jakub Madej against Yale University and several of its employees.

5. On March 4, 2020, Mr. Madej filed a motion for *ex parte* temporary restraining order in Madej v. Yale University, 3:20-cv-00133, seeking an order enjoining Yale University from denying him a prescription for medication. See, ECF No. 28.

6. In his motion and the attached affidavit, Mr. Madej made representations regarding the medical treatment he received from Yale Health.

7. By filing that motion and the attached affidavit, Mr. Madej placed his medical treatment at issue.

8. Since Mr. Madej placed his medical treatment at issue, I, as counsel for the defendants, asked Caroline Hendel, Esq., an attorney in the Office of the General Counsel at Yale University, to obtain a copy of Mr. Madej's medical records from Yale Health.

9. Paul Hoffman, PhD, the Chief of Mental Health and Counseling at Yale Health, thereafter provided me with a copy of Mr. Madej's medical records from Yale Health.

10. On March 5, 2020, I filed the Defendants' Brief in Opposition to Plaintiff's Application for Temporary Restraining Order under seal. See, ECF No. 32.

11. Attached to that brief was an affidavit from one of the Yale Health medical providers who treated Mr. Madej and the copy of Mr. Madej's medical records from Yale Health that was provided to me by Dr. Hoffman. See, ECF No. 32.

12. On March 5, 2020, I asked Colleen Noonan Davis, Esq., an associate employed at my law firm, to e-mail the Defendants' Brief in Opposition to Plaintiff's Application for Temporary Restraining Order, the affidavit of the medical provider, and Mr. Madej's medical records to the Court and Mr. Madej prior to the telephonic hearing addressing Mr. Madej's motion for *ex parte* restraining order that was scheduled to occur that afternoon.

13. I have only requested and received a copy of Mr. Madej's medical records from Yale Health in connection with the defense of Yale University against claims brought by Mr. Madej, and only after the plaintiff placed his medical treatment at issue.

14. With the exception of the Court and Mr. Madej, I have not provided a copy of Mr. Madej's medical records from Yale Health, or requested that a copy be provided, to anyone outside of my law firm.

Dated at Guilford, Connecticut this 15th day of September, 2020.

_____
Patrick M. Noonan, Esq.

STATE OF CONNECTICUT   )
                       ) ss. Guilford
COUNTY OF NEW HAVEN    )

Subscribed and sworn to before me this 15th day of September, 2020.

_____
Notary Public

Deborah J. Hackett
NOTARY PUBLIC
State of Connecticut
My Commission Expires 6/30/2023

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan