UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
|  | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00991-JCH |
|  | : |
| v. | : |
|  | : |
| YALE UNIVERSITY, YALE HEALTH | : |
|  | : |
| DEFENDANTS | : |
|  | : SEPTEMBER 15, 2020 |

### AFFIDAVIT OF COLLEEN DAVIS, ESQUIRE

I, Colleen Davis, being duly sworn, depose and say that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I make this affidavit of my own personal knowledge.

3. I am an associate at the law firm of Donahue, Durham & Noonan, P.C. and am assisting with the representation of the defendants in the above-captioned matter.

4. I am also assisting with the representation of the defendants in Madej v. Yale University, 3:20-cv-00133, an action brought by Jakub Madej against Yale University and several of its employees.

5. On March 4, 2020, Mr. Madej filed a motion for *ex parte* temporary restraining order in Madej v. Yale University, 3:20-cv-00133, seeking an order enjoining Yale University from denying him a prescription for medication. See, ECF No. 28.

6. In his motion and the attached affidavit, Mr. Madej made representations regarding the medical treatment he received from Yale Health.

7. By filing that motion and the attached affidavit, Mr. Madej placed his medical treatment at issue.

8.  On March 5, 2020, Patrick M. Noonan, Esq., a partner at Donahue, Durham & Noonan, P.C., asked me to e-mail the Defendants' Brief in Opposition to Plaintiff's Application for Temporary Restraining Order, the affidavit of the medical provider, and Mr. Madej's medical records to the Court and Mr. Madej prior to the telephonic hearing addressing Mr. Madej's motion for *ex parte* restraining order that was scheduled to occur that afternoon. A copy of the e-mails, exclusive of the attachments, are attached hereto as Exhibit A. The e-mail attachments were filed with the Court under seal. See, Madej v. Yale University, 3:20-cv-00133, ECF No. 32.

9.  I did not request Mr. Madej's medical records from Yale Health. I have only received a copy of Mr. Madej's medical records from Yale Health in connection with my assistance in the representation of the defendants against claims brought by the plaintiff, and only after the plaintiff placed his medical treatment at issue.

10. With the exception of the Court and Mr. Madej, I have not provided a copy of Mr. Madej's medical records from Yale Health to anyone outside of my law firm.

Dated at Guilford, Connecticut this 15th day of September, 2020.

                                                          **Colleen Noonan Davis, Esq.**

STATE OF CONNECTICUT    )
                                       ) ss. Guilford
COUNTY OF NEW HAVEN     )

Subscribed and sworn to before me this 15th day of September, 2020.

                                                    Notary Public

                                                  **Deborah J. Hackett**
                                                  **NOTARY PUBLIC**
                                                  **State of Connecticut**
                                                  **My Commission Expires 6/30/2023**

## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                               /s/
                                                           Patrick M. Noonan

# EXHIBIT A

# Colleen Davis

| | |
|---|---|
| **From:** | Colleen Davis |
| **Sent:** | Thursday, March 5, 2020 2:50 PM |
| **To:** | bernadette_derubeis@ctd.uscourts.gov; 'j.madej@lawsheet.com' |
| **Cc:** | Pat Noonan |
| **Subject:** | Madej v. Yale University, 3:20-cv-00133-JCH |
| **Attachments:** | 20-03-05 Affidavit of Paxton.pdf |

All,

Please see attached an affidavit that will be filed under seal, along with a brief in opposition to the plaintiff's motion for temporary restraining order. I will send the brief shortly.

Colleen Noonan Davis, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Tel: 203-458-9168
Fax: 203-458-4424

1

# Colleen Davis

| | |
|---|---|
| **From:** | Colleen Davis |
| **Sent:** | Thursday, March 5, 2020 2:58 PM |
| **To:** | bernadette_derubeis@ctd.uscourts.gov; 'j.madej@lawsheet.com' |
| **Cc:** | Pat Noonan |
| **Subject:** | Madej v. Yale University, 3:20-cv-00133-JCH |
| **Attachments:** | 20-03-05 Brief Opp to TTs TRO.pdf |

All,

Attached is the brief that will be filed under seal momentarily. Thank you.

Colleen Noonan Davis, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Tel: 203-458-9168
Fax: 203-458-4424

1