UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | CIVIL ACTION NO. |
| PLAINTIFF | 3:20-cv-00991-JCH |
| v. | |
| YALE UNIVERSITY, YALE HEALTH | |
| DEFENDANTS | |
| | SEPTEMBER 15, 2020 |

## DECLARATION OF PAUL HOFFMAN, PhD

I, Paul Hoffman, PhD, depose and say that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I make this affidavit of my own personal knowledge.

3. I am the Chief of Mental Health & Counseling at Yale Health, which provides health services to the faculty, staff, and students of Yale University.

4. On March 4, 2020, Caroline Hendel, Esq., an attorney in the Office of the General Counsel at Yale University, requested that I provide a copy of Jakub Madej's medical records from Yale Health to Patrick M. Noonan, Esq. in connection with a lawsuit brought by Mr. Madej against Yale University.

5. Thereafter, I provided Attorney Noonan with a copy of Mr. Madej's medical records from Yale Health.

6. I have not received any requests for Mr. Madej's medical records from Yale Health other than in connection with claims brought by the plaintiff against Yale University.

7.   With the exception of attorneys representing Yale University in connection with claims brought by the plaintiff, I have not provided a copy of Mr. Madej's medical records from Yale Health to anyone outside of Yale Health.

Dated at New Haven, Connecticut this 15th day of September, 2020.

_____, PhD
Paul Hoffman, PhD

## CERTIFICATION

  I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan
