IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



| | |
|---|---|
| JAKUB MADEJ,<br>    Plaintiff, | Civil Action No.<br>3:20-cv-00991 (JCH) |
| v. | JURY TRIAL DEMANDED |
| YALE UNIVERSITY et al.,<br>    Defendants. | SEPTEMBER 8, 2020 |

## CONSENT TO ELECTRONIC NOTICE

TO THE CLERK OF COURT FOR THE DISTRICT OF CONNECTICUT:

Plaintiff Jakub Madej hereby consents to the court using the email address provided in the Amended Complaint and restated below for the purpose of all communication in the above-captioned case. The CM/ECF notifications provide sufficient notice to Plaintiff. Accordingly, you need not send physical copies of future filings in this case by regular mail. Plaintiff hereby waives the right to have the clerk provide physical copies of all docket filings for the remainder of these proceedings.

Dated:  September 8, 2020
        New York, NY

Respectfully submitted,

By: /s/ Jakub Madej
Jakub J. Madej
FACTS ABOUT YALE, LLC
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

*Counsel for Plaintiff*