JAKUB MADEJ
415 BOSTON POST RD STE 3-1102
MILFORD CT 06460

24951
1

RECEIVED
SEP 15 2020
U.S. DISTRICT COURT
BRIDGEPORT, CT

CLERK OF COURT
U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT
DOCKET IN CASE NO. 3:20-CV-991 (JCH)
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706

PRSRT FIRST-CLASS
US POSTAGE PAID
PERMIT 431
WICHITA, KS