UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00991-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, YALE HEALTH | : |
| | : |
| DEFENDANTS | : |
| | : SEPTEMBER 16, 2020 |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Noonan, as attorney for the defendants, Patrick M. Noonan, Harold Rose, Caroline Hendel, Paul Genecin, and Lorraine Siggins, in the above-entitled matter.

THE DEFENDANTS,

PATRICK M. NOONAN, HAROLD ROSE, CAROLINE HENDEL, PAUL GENECIN, AND LORRAINE SIGGINS

By: _____/s/_____
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                            _____/s/_____
                                                                               Patrick M. Noonan