UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00991-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| DEFENDANTS | : | |
| | : | SEPTEMBER 16, 2020 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendants, Yale University, Yale Health, Patrick M. Noonan, Harold Rose, Caroline Hendel, Paul Genecin, and Lorrain Siggins, hereby move for an extension of time, up to and including October 9, 2020, within which to respond to the plaintiff's August 28, 2020 Amended Complaint.[1]  On August 25, 2020, the plaintiff indicated to defense counsel that he intended to file an Amended Complaint and asked if defense counsel would accept service by e-mail.  Defense counsel agreed, so long as the plaintiff provided a waiver of service at the same time.[2]  On September 2, 2020, after receiving a notice of the filing of the Amended Complaint from the Court, defense counsel informed the plaintiff that he would be representing all of the defendants and that all defendants were willing to waive service if the plaintiff forwarded a waiver of service.  Rather than providing a waiver of service, the plaintiff sent the Amended Complaint to the newly added defendants by certified mail.

---

[1] Yale University and Yale Health have already filed a motion to dismiss the original complaint. See, ECF No. 14. That motion is still applicable to the Amended Complaint.  Yale University and Yale Health join in this motion for extension of time in the event that additional arguments under Rule 12 are presented in response to the Amended Complaint.

[2] The e-mail correspondence between defense counsel and the plaintiff regarding service of the Amended Complaint is attached hereto as Exhibit A.

Although the complaint has not been properly served, in an abundance of caution, the

defendants hereby move for an extension of time to respond because defense counsel is undergoing

surgery on September 22, 2020.  He was notified of the surgery date on September 15, 2020.  Due

to the surgery and the recovery period, defense counsel expects that he will be unable to work most

of the week of September 21, 2020.  Defense counsel attempted to ascertain the plaintiff's position

on this motion, but did not receive a response.[3]  This is the defendant's first motion for extension

of time.

THE DEFENDANTS,

YALE UNIVERSITY, YALE HEALTH,
PATRICK M. NOONAN, HAROLD ROSE,
CAROLINE HENDEL, PAUL GENECIN, AND
LORRAINE SIGGINS


By:_____/s/_____
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

---

[3] A copy of this e-mail is attached hereto as Exhibit B.

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan