**Attachments:**          20-09-15 Obj. Mot. Expedited Discovery - FINAL.pdf

---

**From:** Pat Noonan
**Sent:** Tuesday, September 15, 2020 9:49 PM
**To:** 'Jakub Madej' <j.madej@lawsheet.com>
**Subject:** Madej v. YU and Yale Health

Hi Jakub,

      You indicated that you have not received at least one of our filings from the District Court in this case, and I am therefore attaching a  copy of our objection to your motion for expedited discovery, in order to insure that you received it.  Please let me know if you are now getting pleadings through Pacer.  If you are, I don't bother you by emailing an extra copy.

      Although I don't believe you have yet effected proper service in this case, I had intended to file withing 21 days of receiving the complaint, which would make our responses due on September 25.  I'm having surgery next week and will be unable to work most of the week.  In light of that, I plan to file a motion for extension for two weeks, which would make our responses due on October 9.  Please let me know if you consent or not. Thanks.

      Pat

<span style="color:red">Please be advised that I will be intermittently working from home.  My cell phone number is 203-314-4562.</span>

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)