IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY et al.,<br>Defendants. | Civil Action No.<br>3:20-cv-991 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>SEPTEMBER 11, 2020 |

**AFFIRMATION OF SERVICE**

SEP 16 2020 PM4:41
FILED - USDC - BPT - CT

I, Haley Kim, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Haley Kim. I am over the age of 18 years and not a party to this action. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. On September 2, 2020, I served the summons and complaint in the above-captioned action on defendant Paul Genecin by sending true and correct copies of those documents via U.S. certified mail, return receipt requested upon:

    Paul Genecin
    YALE HEALTH
    55 Lock Street
    New Haven, CT 06510

3. On September 10, 2020 a delivery contractor with United States Postal Service completed the service by delivering the summons and the complaint to the defendant.

4. A true copy of the Certified Mail Receipt used to initiate service is attached hereto as Exhibit A.

5. A true copy of the Proof of Delivery is attached hereto as Exhibit B.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2020.

Respectfully,

Haley Kim





September 10, 2020

Dear Haley Kim:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2970 0000 2493 5594**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | September 10, 2020, 12:17 pm |
| **Location:** | NEW HAVEN, CT 06520 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004