IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>　　　Plaintiff,<br><br>　　　v.<br><br>YALE UNIVERSITY et al.,<br>　　　Defendants. | Civil Action No.<br>3:20-cv-991 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>SEPTEMBER 11, 2020 |

## AFFIRMATION OF SERVICE

SEP 16 2020 PM4:41
FILED - USDC - BPT - CT

I, Haley Kim, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Haley Kim. I am over the age of 18 years and not a party to this action. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. On September 2, 2020, I served the summons and complaint in the above-captioned action on defendants Yale University, Yale Health, Caroline G. Hendel and Harold Rose by sending true and correct copies of those documents via U.S. certified mail, restricted delivery, return receipt requested upon:

   Caroline G. Hendel                    Harold Rose
   YALE UNIVERSITY                       YALE UNIVERSITY
   OFFICE OF THE GENERAL COUNSEL         OFFICE OF THE GENERAL COUNSEL
   2 Whitney Ave, 6th Floor              2 Whitney Ave, 6th Floor
   New Haven, CT 06510                   New Haven, CT 06510

3. Caroline G. Hendel is Senior Associate General Counsel at Yale University, and is authorized to accept service for Yale University within the meaning of Rule 4(h)(1)(B) of Federal Rules of Civil Procedure.

4. Harold Rose is Senior Associate General Counsel at Yale University, and is authorized to accept service for Yale University within the meaning of Rule 4(h)(1)(B) of Federal Rules of Civil Procedure.
5. On September 5, 2020, at approximately 1:47 pm, a delivery contractor with United States Postal Service completed the service by delivering the summons and the complaint to Yale University's Office of the General Counsel, located at 2 Whitney Ave in New Haven, CT 06510.
6. A true copy of the Certified Mail Receipt used to initiate service is attached hereto as Exhibit A.
7. A true copy of the Proof of Delivery is attached hereto as Exhibit B.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2020.

Respectfully,

*Haley Kim*






**UNITED STATES POSTAL SERVICE**

September 5, 2020

Dear Haley Kim:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2970 0000 2493 5563**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 5, 2020, 1:35 pm |
| **Location:** | NEW HAVEN, CT 06510 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $50 insurance included |
| **Recipient Name:** | CAROLINE G HENDEL |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Recipient Signature | |
|---|---|
| **Signature of Recipient:** | *[handwritten signature]* |
| **Address of Recipient:** | 2 Whitney |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

September 5, 2020

Dear Haley Kim:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2970 0000 2493 5600**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 5, 2020, 1:35 pm |
| **Location:** | NEW HAVEN, CT 06510 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

### Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

### Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | *[handwritten signature]* |
| **Address of Recipient:** | 2 Whitney |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Plain

25049  1-5