IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ,<br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY et al.,<br>Defendants. | Civil Action No.<br>3:20-cv-991 (JCH)<br><br>JURY TRIAL DEMANDED<br><br>SEPTEMBER 11, 2020 |

## AFFIRMATION OF SERVICE

SEP 16 2020 PM4:41
FILED - USDC - BPT - CT

I, Haley Kim, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Haley Kim. I am over the age of 18 years and not a party to this action. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. On September 2, 2020, I served the summons and complaint in the above-captioned action on defendant Patrick M. Noonan by sending true and correct copies of those documents via U.S. certified mail, return receipt requested upon:

    Patrick M. Noonan
    137 Overshores Dr W
    Madison, CT 06443

3. On September 5, 2020 a delivery contractor with United States Postal Service completed the service by delivering the summons and the complaint to the defendant.

4. A true copy of the Certified Mail Receipt used to initiate service is attached hereto as Exhibit A.

5. A true copy of the Proof of Delivery is attached hereto as Exhibit B.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2020.

Respectfully,

*Haley Kim*





September 5, 2020

Dear Haley Kim:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2970 0000 2493 5570**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 5, 2020, 1:47 pm |
| **Location:** | MADISON, CT 06443 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 6.0oz |

**Recipient Signature**

Signature of Recipient: *MK C19 K30*

Address of Recipient: 137 OVERSHORES W, MADISON, CT 06443

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Plain

25049   1-11