

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2



9114 9022 0078 9100 2930 23

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


011D10661043

FROM:

Jakub Madej
415 Boston Post Rd Ste 3-1102
Milford CT  06460

CLERK OF COURT
DOCKET IN 3:20-CV-991 (JCH)
U.S. DISTRICT COURT, D. CONN.
915 LAFAYETTE BLVD
BRIDGEPORT CT  06604-4706

RECEIVED

SEP 16 2020

U.S. DISTRICT COURT
BRIDGEPORT, CT