UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKUB MADEJ | : |
| | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:20-cv-00991-JCH |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, ET AL | : |
| | : |
| DEFENDANTS | : |
| | : OCTOBER 6, 2020 |

## DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE

Pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure, the defendants, Yale University, Yale Health, Patrick M. Noonan, Harold Rose, Caroline Hendel, Paul Genecin, and Lorraine Siggins, hereby move to dismiss the plaintiff's complaint for lack of personal jurisdiction and insufficient service of process because the plaintiff's attempt to serve the defendants via certified mail does not comply with Rule 4 of the Federal Rules of Civil Procedure. In the event that the motion to dismiss is denied, the defendants also move to strike certain allegations pursuant to Rule 12(f) because they are immaterial, impertinent, and/or scandalous. The accompanying memorandum of law supports this motion.

THE DEFENDANTS,

YALE UNIVERSITY, YALE HEALTH, PATRICK M. NOONAN, HAROLD ROSE, CAROLINE HENDEL, PAUL GENECIN, AND LORRAINE SIGGINS

By: /s/
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email: pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan