*Please check the following **errors***:
　　　No records found for Business Name Yale Health

**Connecticut Business Registry Search**

Connecticut Business Registry Search

- ● Search by Name:     `Yale Health`
- ○ Search by Business ID:     ``
- ○ Search by Filing Number:     ``

The wild card search can be done on Business names using the asterisk symbol *.
Example: Search for business name **Hartford***.
Result: All businesses with business name starting **Hartford** will be displayed.

Number of Records per page:     [25 ▼]

[Search] [Reset]

Please note that business entities dissolved prior to November, 1977 may not be reflected in search results. If you have a research inquiry about such an entity, please call us at 860-509-6003.

The Office of the Secretary of the State has partnered with the Connecticut Data Collaborative to provide more comprehensive searching and downloading of the data contained in the Connecticut Bu
This information is available at [ctbusiness.ctdata.org](ctbusiness.ctdata.org).