**From:** Pat Noonan
**Sent:** Tuesday, August 25, 2020 10:32 PM
**To:** 'Jakub Madej' <j.madej@lawsheet.com>
**Subject:** RE: Madej v. Yale University and Yale Health

Yes, Jakub. I have permission to accept service for the defendants so long as you provide the waiver of service form at the same time.
Pat

Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

---

**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Tuesday, August 25, 2020 3:14 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Madej v. Yale University and Yale Health

Dear Patrick,

I understand that you prefer only to be contacted by email, not regular mail. I interpret this message to say that you will accept service by email. I will serve the amended complaint on you in this fashion. Thank you for making this easier for both of us.

Regards,
Jakub

--
Jakub Madej
1700 Santa Fe Avenue #845 | Long Beach, CA 90813
415 Boston Post Rd 3-1102 | Milford, CT 06460
Phone: (203) 928-8486 | Fax: (203) 902-0070
Email: j.madej@lawsheet.com | Website: www.lawsheet.com
Click to schedule a meet-and-confer

This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.

On Sun, Aug 23, 2020 at 10:06 PM Pat Noonan <PNoonan@ddnctlaw.com> wrote:

Hi Jakub,

You know from numerous past emails that I very much want to be contacted by you only through email. I have already told you I will accept service by mail. Please do not send me mail to my home or office. If you think you cannot, or will not, comply with this request, please notify me immediately so I can seek an order from the Court. If I do not hear to the contrary, I will assume you have now agreed to communicate with me only through email. Thank you in advance for your anticipated cooperation.

Pat


Patrick M. Noonan

Donahue, Durham & Noonan, P.C.

741 Boston Post Road

Guilford, CT 06437

(203)457-5209(direct)

(203)314-4562(cell)

(203)458-9168(office)



**From:** Jakub Madej <j.madej@lawsheet.com>
**Sent:** Sunday, August 23, 2020 3:58 PM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>
**Subject:** Re: Madej v. Yale University and Yale Health


Dear Patrick,


Please be advised that contrary to your representations, a waiver of service is discretionary, and never available as a matter of right. Yale is a corporation, and was already served under Rule 4(h)(1). Answer is due by tomorrow, I believe. Given the joinder, however, I am happy to provide the additional 14 days for all defendants to respond before I move for default.


What is a good address to serve the process on you? Kindly confirm whether the address below is correct, or if you agree to accept service by email.

Best,

Jakub

--

Jakub Madej

1700 Santa Fe Avenue #845 | Long Beach, CA 90813

415 Boston Post Rd 3-1102 | Milford, CT 06460

Phone: (203) 928-8486 | Fax: (203) 902-0070

Email: j.madej@lawsheet.com | Website: www.lawsheet.com

Click to schedule a meet-and-confer

**This email may contain confidential or privileged information that are legally protected from disclosure. If you are not the intended recipient of this message or their agent, you must not use, disseminate, copy, or store this message or its attachments.**

On Sun, Aug 23, 2020 at 2:21 PM Jakub Madej <j.madej@lawsheet.com> wrote:

> Dear Patrick,
>
> I am stunned you considered accepting a representation in a case where you will be the first witness to be deposed. I hoped to offer you the benefit of the doubt before discovery. I will promptly add you as the defendant.
>
> Best,
>
> Jakub

On Thu, Aug 20, 2020, 12:20 AM Pat Noonan <PNoonan@ddnctlaw.com> wrote:

Hi Jakub,

Please be advised that I will be representing the defense in this second action you have brought against Yale University. I learned of this new case you filed when I was checking PACER on your first lawsuit. I am writing to alert you that your attempt to serve Yale University in this case by mailing a copy to the place you thought was appropriate was defective for three separate reasons. First, Fed. R. Civ. P. 4(c)(2) provides that a complaint may be served only by a person who is "not a party." Since you attempted to effect service and you are a party, that is not allowed under Fed. Civ. P. 4. Second, you attempted to serve by mail, which is permitted only by Fed.R.Civ. 4(d)(1), which requires that the plaintiff send a request for waiver of service to the defendant. You have not done that. Third, Fed.R.Civ.P. 4(e)(2)(C) provides that the service is to be made on the defendant by directing the summons and complaint to the defendant's authorized agent for service. You did not direct your letter to Yale's authorized agent for service.

Yale has no interest in causing you to incur the costs of service, and I am hereby offering to waive service if you agree that our response to the complaint will be due 60 days from today's date (October 19), in accordance with the provisions of Fed.R.Civ.P. 4(d)(3). If you signify your agreement, I will file an appearance without requiring that you send a request for waiver of service form. I look forward to hearing from you.

Pat


Patrick M. Noonan

Donahue, Durham & Noonan, P.C.

741 Boston Post Road

Guilford, CT 06437

(203)457-5209(direct)

(203)314-4562(cell)

(203)458-9168(office)