UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAKUB MADEJ | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:20-cv-00991-JCH |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE HEALTH | : | |
| | : | |
| DEFENDANTS | : | |
| | : | OCTOBER 23, 2020 |

**Defendants' Notice of Compliance With Court Order**

In compliance with the Court's Order of October 21, 2020 (Document #29), defendants hereby give notice that litigation holds have been sent with respect to both this matter and Madej v. Yale University, Civil Action No. 3:20-cv-00133-JCH.

        THE DEFENDANTS,

        YALE UNIVERSITY, YALE HEALTH,
        PATRICK M. NOONAN, HAROLD ROSE,
        CAROLINE HENDEL, PAUL GENECIN, AND
        LORRAINE SIGGINS

    By:_____/s/_____
        PATRICK M. NOONAN – CT00189
        COLLEEN NOONAN DAVIS – CT27773
        DONAHUE, DURHAM & NOONAN, P.C.
        Concept Park
        741 Boston Post Road, Suite 306
        Guilford, CT  06437
        Telephone:  (203) 458-9168
        Fax:  (203) 458-4424
        Email:  pnoonan@ddnctlaw.com

**CERTIFICATION**

    I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        /s/
                              Patrick M. Noonan