UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAKUB MADEJ,

    Plaintiff

V.                                          3:20-CV-00991-JCH

YALE UNIVERSITY, YALE HEALTH,
PATRICK M. NOONAN, HAROLD
ROSE, CAROLINE HENDEL,
LORRAINE SIGGINS, DOES,
PAUL GENECIN,

    Defendants

## JUDGMENT

This action came on for consideration on defendants' motion to dismiss (document 27) before the Honorable Janet C. Hall, United States District Judge.   On January 20, 2021, the Court entered an order granting the motion based on the reasons stated in the ruling.   It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment shall enter in favor of the defendants and the case is closed.

Dated at New Haven, Connecticut, this 21st day of January 2021.

                                                    ROBIN D. TABORA, Clerk

                                                    By:  /s/ Julia Reis
                                                    Deputy Clerk

EOD: 1/21/2021